**CRIMINAL COMPLAINT**

| # United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Francisco Cabrera**<br>DOB: xx/xx/1959; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**05-03956M** |

| Complaint for violation of Title **18** | United States Code § **751** |
|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 3, 2005, at Tucson, in the District of Arizona, the defendant, Francisco Cabrera, did knowingly and voluntarily escape without permission from custody at the Behavioral Systems Southwest Community Center, an institution or facility, in which he was lawfully confined at the direction of the Attorney General by virtue of any process issued under the laws of the United States by any court or judge, that is, by virtue of a judgement and commitment of the United States District Court for the District of Arizona upon conviction for the felony offense of Importation of Cocaine, a violation of Title 21, United States Code § 841 (a)(1)(b)(1)(A)(ii), under CR 02-00243-001-TUC-RCC; all in violation of Title 18, United States Code § 751.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about March 10, 2003, Francisco Cabrera was sentenced to the custody of the Bureau of Prisons (BOP) for a term of 48 months pursuant to his conviction for Importation of Cocaine in case number CR02-00243-001-TUC-RCC(NFF). According to the BOP, the defendant had a projected release date of February 26, 2006. Pursuant to his 48 month commitment to the BOP and by the authority of the Attorney General of the Untied States, on August 31, 2005, the defendant was designated to serve a portion of his sentence at the Behavioral Systems Southwest, 6420 S. Park Ave, Tucson, AZ, an institutional facility, located in Tucson, in the District of Arizona.

On September 3, 2005, at approximately 8:01 a.m., Francisco Cabrera, signed out of the Behavioral Systems Southwest on a hygiene pass with a scheduled return time of 12:00 p.m. At approximately 9:42 a.m., BSSW Case Worker, Patty Eaglen received a call from an individual identifying himself as Francisco Cabrera. Cabrera informed Case Worker Eaglen that he was in Mexico, and that he had no intention of returning back to the United States. Case Worker Eaglen informed Cabrera that there would be consequences for his escape, and made an effort to convince him to return to BSSW. When Cabrera failed to return by 12:00 p.m., escape procedures were initiated, and the defendant was placed on escape status by the BOP at 3:19 p.m. on September 3, 2005. His whereabouts are unknown.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION AND WARRANT REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Beverly K. Anderson<br>BKA/hda | SIGNATURE OF COMPLAINANT (official title)<br><br><br>OFFICIAL TITLE<br>**USM, Parrish Blasius** |
|---|---|
| **Sworn to before me and subscribed in my presence.** | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>September 8, 2005 |

1) See Federal rules of Criminal Procedure Rules 3 and 54